In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00181-CV**

_____


**IN RE GARY RAY SANGSTER**

**Original Proceeding**
**410th District Court of Montgomery County, Texas**
**Trial Cause No. 12-11-11562-CV**

**MEMORANDUM OPINION**

The relator, Gary Ray Sangster, filed a petition for writ of mandamus to compel the trial court to rule on motions that Sangster filed in a civil suit. We were subsequently notified that the motions were set by submission and the case had been set for a non-jury trial. The real party in interest, Jarrod L. Walker, filed a response suggesting that the issues raised in the petition for writ of mandamus have been mooted by the subsequent developments in the trial court. Sangster did not object to the suggestion of mootness. The petition for writ of mandamus is

1

dismissed as moot without reference to the merits of the issues presented in the petition.

PETITION DISMISSED.

PER CURIAM

Submitted on August 10, 2016
Opinion Delivered August 11, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.